```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

      Plaintiff,

-against-            1:21-cv-6687-MKV

LUCKY FOOT SPA INC., a New York corporation  ORDER
d/b/a Apple Foot Spa, and MY CHAO REALTY
CORP., a New York corporation,

      Defendants.

MARY KAY VYSKOCIL, United States District Judge:

  Plaintiff initiated this action by filing a complaint on August 9, 2021. [ECF No. 1]. Affidavits of service of summons and complaint were filed on the docket on October 5, 2021. [ECF Nos. 7, 8]. According to those summons, Defendants' responses to the complaint were due October 4, 2021. [ECF Nos. 5, 6]. No responses were filed, and Plaintiff has not prosecuted this case to date.

  Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by December 16, 2021. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by December 16, 2021 may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

Date: November 16, 2021        *Mary Kay Vyskocil*
    New York, NY          **MARY KAY VYSKOCIL**
                      **United States District Judge**