USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIN KWOK KEUNG, <br><br> Plaintiff, <br><br> -against- <br><br> LUCKY FOOT SPA INC., a New York corporation d/b/a Apple Foot Spa, and MY CHAO REALTY CORP., a New York corporation, <br><br> Defendants. | 1:21-cv-06687-MKV <br><br> ORDER OF DISMISSAL |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by the parties informing the Court that the parties have reached a settlement in principle [ECF No. 25]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by May 12, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: **April 12, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**